# EXHIBIT #14

**Group 2 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00574-ADA, 6:20-cv-00576-ADA, 6:20-cv-00579-ADA, and 6:20-cv-00580-ADA)**

THE

# Oxford Desk Dictionary and Thesaurus

*Second American Edition*

Edited by

Elizabeth J. Jewell

New York     Oxford
**Oxford University Press**
2002

GOOG-WSOU576-CC-000004

**dumpling ~ dustpan**

different location. □ **dump on** *sl.* criticize or abuse; get the better of. **dump truck** truck with a body that tilts or opens at the back for unloading. □□ **dump'ing** *n.*

■ **1, 2** see HOLE[1] *n.* 3a. • *v.* **1** unload, offload, drop, throw *or* fling down. **2** get rid of, throw away, scrap, discard, jettison, toss out *or* away, junk, *colloq.* chuck (out), *colloq.* trash, *sl.* ditch. **3** see DESERT 1, 2. □ **dump on** see CRITICIZE 1, DEFEAT *v.* 1.

**dump•ling** dúmpling/ *n.* **1** ball of boiled or steamed dough, usu. eaten with stew, etc. **2** dough filled with fruit, etc.

**dumps** dumps/ *n.pl. colloq.* depression (*in the dumps*).

■ (*in the dumps*) see DESPONDENT.

**Dump•ster** /dúmpstər/ *n. propr.* large trash receptacle designed to be hoisted and emptied into a truck.

**dump•y** dúmpee/ *adj.* (**dump•i•er, dump•i•est**) short and stout. □□ **dump'i•ness** *n.*

■ stocky, squat, chunky, chubby, heavy, tubby, plump, portly, fat, thickset, *colloq.* pudgy.

**dun[1]** dun/ • *adj.* dull grayish brown. • *n.* dun color.

**dun[2]** dun/ • *n.* demand for payment. • *v.tr.* (**dunned, dun'ning**) importune for payment of a debt; pester.

■ *v.* press, solicit; nag, harass; see also PESTER.

**dunce** /duns/ *n.* ignorant person; dullard.

■ see FOOL *n.* 1.

**dune** /dōōn, dyōōn/ *n.* bank of sand formed by the wind.

**dung** /dung/ *n.* excrement of animals; manure.

■ muck, droppings, guano, feces.

**dun•ga•ree** /dúnggəreé/ *n.* **1** coarse cotton cloth. **2** [in *pl.*] pants or overalls made of this.

**dun•geon** /dúnjən/ *n.* underground prison cell.

■ oubliette.

**dunk** /dungk/ *v.tr.* **1** dip (food) into liquid before eating. **2** immerse. □ **dunk shot** basketball shot made by jumping up and thrusting the ball down through the basket.

■ see DIP *v.* 1.

**du•o** /dōō-ō, dyōō-ō/ *n.* (*pl.* **–os**) **1** pair of performers. **2** duet.

■ see PAIR *n.* 1.

**du•o•dec•i•mal** /dōō-ōdésiməl, dyōō–/ *adj.* relating to a system of numerical notation that has 12 as a base.

**du•o•de•num** /dōō-ədéenəm, dyōō–, dōō-ód'nəm, dyōō–/ *n.* first part of the small intestine below the stomach. □□ **du•o•de'nal** *adj.*

**dupe** /dōōp, dyōōp/ • *n.* victim of deception. • *v.tr.* make a fool of; cheat.

■ *n.* fool, pigeon, pawn, puppet, *colloq.* stooge, *sl.* fall guy, sucker, sap, mark, patsy. • *v.* deceive, outwit, trick, take in, defraud, humbug, hoax, swindle, hoodwink, flimflam, rook, delude, *colloq.* bamboozle, rip off, put one over on, pull a fast one on, *sl.* con, bilk, snow; see also CHEAT *v.* 1.

**du•ple** /dōōpəl, dyōō–/ *adj.* of two parts.

**du•plex** /dōōpleks, dyōō–/ • *n.* **1** apartment on two levels. **2** house subdivided for two families. • *adj. Computing* (of a circuit) allowing the transmission of signals in both directions simultaneously.

**du•pli•cate** • *adj.* /dōōplikət, dyōō–/ **1** identical. **2 a** having two identical parts. **b** doubled. • *n.* /dōōplikət, dyōō–/ identical thing, esp. a copy. • *v.tr.* /dōōplikayt, dyōō–/ **1** make or be an exact copy of. **2** repeat (an action, etc.), esp. unnecessarily. □□ **du•pli•ca•ble** /dōōplikəbəl, dyōō–/ *adj.* **du•pli•ca•tion** /–káyshən/ *n.* **dup'li•ca•tor** *n.*

■ *adj.* **1** twin, matching; copied. • *n.* (exact or carbon) copy, double, clone, look-alike, reproduction, replica, facsimile, replication, photocopy. • *v.* **1** replicate, imitate, reproduce; copy, photocopy. **2** see REPEAT *v.* 1, REPRODUCE 1, 2.

**du•plic•i•ty** /dōōplísitee, dyōō–/ *n.* deceitfulness. □□ **du•plic'i•tous** *adj.*

■ see DECEIT 1.

**du•ra•ble** /dōōrəbəl, dyōōr–/ *adj.* lasting; hard-wearing. □□ **du•ra•bil'i•ty** *n.*

■ wear-resistant, heavy-duty, sturdy, tough, stout, strong, firm, sound, dependable, reliable, substantial.

**du•ra ma•ter** /dōōrə máytər, máa–, dyōōrə/ *n.* outermost membrane of the brain and spinal cord.

**du•ra•tion** /dōōráyshən, dyōōr–/ *n.* length of time for which something continues. □ **for the duration** until the end of something obstructing normal activities, as a war. □□ **du•ra'tion•al** *adj.*

■ see TIME *n.* 4, 6.

**du•ress** /dōōrés, dyōō–/ *n.* **1** coercive circumstances. **2** forcible restraint or imprisonment.

■ **1** coercion, compulsion, force. **2** confinement, incarceration, captivity; see also *imprisonment* (IMPRISON).

**dur•ing** /dōōring, dyōōr–/ *prep.* throughout or at some point in.

■ see THROUGHOUT *prep.*

**du•rum** /dōōrəm, dyōōr–/ *n.* hard-seeded wheat used in the manufacture of pasta, etc.

**dusk** /dusk/ *n.* darker stage of twilight.

■ sundown, nightfall, evening, sunset, eventide.

**dusk•y** /dúskee/ *adj.* (**dusk•i•er, dusk•i•est**) shadowy; dim; darkish. □□ **dusk'i•ly** *adv.* **dusk'i•ness** *n.*

■ shady, dull, murky, obscure; fuscous.

**dust** /dust/ • *n.* **1** finely powdered earth, dirt, etc. **2** dead person's remains. • *v.tr.* **1** clear (furniture, etc.) of dust. **2** sprinkle with powder, dust, sugar, etc. □ **dust bowl** area denuded of vegetation by drought or erosion. **dust devil** whirlwind visible as a column of dust. **dusting powder** talcum powder. **dust jacket** paper cover on a book. **dust off** use and enjoy after a long period of neglect. **when the dust settles** when things quiet down.

■ *n.* **1** see DIRT 1. • *v.* **1** see CLEAN *v.* **2** dredge, flour.

**dust•pan** /dústpan/ *n.* receptacle for (brushed up) dust.

GOOG-WSOU576-CC-000009

Case 6:20-cv-00574-ADA   Document 34-14   Filed 02/12/21   Page 4 of 5

■ *n.* 2 imitator, mimic, *colloq.* copycat. • *v.* imitate, mimic, ape, echo, reiterate.

**par•ry** /páree/ • *v.tr.* (**-ries, -ried**) 1 avert or ward off, esp. with a countermove. 2 deal skillfully with (an awkward question, etc.). • *n.* (*pl.* **-ries**) act of parrying.

**parse** /paars/ *v.tr.* describe the function and forms (of a sentence or a word in context) grammatically. □□ **pars'er** *n.* esp. *Computing*

**par•sec** /páarsek/ *n.* unit of stellar distance, equal to about 3.25 light years (3.08 x 10^16 meters).

**par•si•mo•ny** /páarsimōnee/ *n.* stinginess. □□ **par•si•mo•ni•ous** / -mōneeəs/ *adj.* **par•si•mo'ni•ous•ly** *adv.* See synonym study at ECONOMICAL.

**pars•ley** /páarslee/ *n.* biennial herb, with crinkly or flat aromatic leaves, used for seasoning and garnishing food.

**pars•nip** /páarsnip/ *n.* 1 plant with a large pale yellow tapering root. 2 this root eaten as a vegetable.

**par•son** /páarsən/ *n.* 1 rector. 2 any (esp. Protestant) member of the clergy. □□ **par•son•i•cal** /-sónikəl/ *adj.*

**par•son•age** /páarsənij/ *n.* church house provided for a parson.

**part** /paart/ • *n.* 1 some but not all of a thing or number of things. 2 essential member, constituent, or component. 3 division of a book, broadcast serial, etc. 4 each of several equal portions of a whole (*has 3 parts sugar to 2 parts flour*). 5 a portion allotted; share. b person's share in an action, etc. 6 a character assigned to an actor on stage. b words spoken by an actor on stage. c copy of these. 7 *Mus.* melody, etc., assigned to a particular voice or instrument. 8 each of the sides in an agreement or dispute. 9 [in *pl.*] region or district (*not from these parts*). 10 dividing line in combed hair. See synonym study at FRAGMENT. • *v.* 1 *tr. & intr.* divide or separate into parts. 2 *intr.* leave; say good-bye to. 3 *intr.* [foll. by *with*] give up; hand over. 4 *tr.* comb hair to form a part. • *adv.* to some extent; partly. □ **for one's part** as far as one is concerned. **in part** (or **parts**) to some extent; partly. **part and parcel** an essential part. **part of speech** each of the categories to which words are assigned in accordance with their grammatical and semantic functions. **part-time** *adj.* occupying or using only part of one's working time. **part-timer** person employed in part-time work. **take part** assist or have a share (in).

■ *n.* 1 some, a few, not all. 2 piece, portion, division, segment, section; element, ingredient, unit. 3 episode, installment, chapter. 4 measure, unit, share. 5 a allotment, percentage, participation, interest, parcel. b interest, participation, say, voice, influence. 6 a role. b, c lines, script. 8 interest, cause, faction, party. 9 neighborhood, quarter, section, area, corner, vicinity. • *v.* 1 split (up); put or pull apart, *literary* put asunder. 2 separate, part company, split (up), go one's way, break up; depart, go. 3 yield, relinquish, re-

lease, sacrifice, forgo, go without, renounce, forsake, let go, surrender. • *adv.* see *in part* (PART) below. □ **in part** partially, part, to some degree, in some measure; part, to comparatively, somewhat. **take part** participate, join in, be (a) party, play a part or role, be involved *or* associated, have *or* take a hand.

**par•take** /paartáyk/ *v.intr.* (*past* **par•took** /-tōok/; *past part.* **par•taken** /-táykən/) 1 take a share or part. 2 eat or drink something. □□ **par•tak'a•ble** *adj.* **par•tak'er** *n.*

■ 1 share, participate, enter. 2 receive, get, have; see also EAT 1, DRINK *v.* 1.

**par•terre** /paartáir/ *n.* 1 level space in a garden occupied by flower beds arranged formally. 2 rear seating area of a theater.

**par•the•no•gen•e•sis** /páarthinōjénisis/ *n.* *Biol.* reproduction by a female gamete without fertilization. □□ **par•the•no•ge•net•ic** /-jinétik/ *adj.* **par•the•no•ge•net'i•cal•ly** *adv.*

**par•tial** /páarshəl/ • *adj.* 1 not complete; forming only part. 2 biased; having a liking for. • *n.* denture for replacing one or several, but not all, of the teeth. □□ **par•ti•al•i•ty** /páarsheeálitee/ *n.* **par'tial•ly** *adv.*

■ *adj.* 1 fragmentary, imperfect; see also INCOMPLETE. 2 prejudiced, partisan, inclined, influenced, discriminatory, in favor of, predisposed to *or* toward, fond of. □□ **partiality** prejudice, bias, inclination; preference, taste, relish. **partially** partly, in part, to some extent *or* degree, to a certain extent *or* degree, not totally *or* wholly *or* entirely, strictly, incompletely.

**par•tic•i•pate** /paartísipayt/ *v.intr.* take a part or share (in). □□ **par•tic•i•pa•tion** /-páyshən/ *n.* **par•tic'i•pant** *n.* **par•tic'i•pa•to•ry** /-pətáwree/ *adj.*

■ partake, have *or* take a hand, get *or* become involved; engage in, join in, enter into, be *or* become associated with. □□ **participant** participator, partaker, sharer, party. **participation** see VOICE *n.* 2c.

**par•ti•ci•ple** /páartisipəl/ *n.* *Gram.* word formed from a verb (e.g., *going, gone, being, been*) and used in compound verb forms (e.g., *is going, has been*) or as an adjective (e.g., *working woman, burned toast*). □□ **par•ti•cip•i•al** /-sípeeəl/ *adj.* **par•ti•cip'i•al•ly** *adv.*

**par•ti•cle** /páartikəl/ *n.* 1 minute portion of matter. 2 least possible amount (*not a particle of sense*). 3 *Gram.* minor part of speech, esp. a short indeclinable one.

■ 1 atom, molecule. 2 atom, molecule, scintilla, spark, mote, suggestion, hint, suspicion, gleam, bit, crumb.

**par•ti•cle•board** /páartikəlbōrd/, -bawrd/ *n.* building material made in flat sheets from scrap wood bonded with adhesive.

**par•ti-col•ored** /páarteekúlərd/ *adj.* of more than one color in patches.

■ motley, variegated, pied, mottled.

**par•tic•u•lar** /pərtíkyələr, pətík-/ • *adj.* 1 relating to or considered as one thing *or* person as distinct from others; individual. 2 more than is usual; special. 3 scrupulously exact; fastidious. • *n.* 1 detail; item. 2 [in *pl.*]

GOOG-WSOU576-CC-000006

points of information; detailed account. □ **in particular** especially; specifically. □□ **par·tic·u·lar·i·ty** –lárítee/ *n.*

■ *adj.* **1** certain, specific, special, peculiar, singular, single, isolated, distinct, discrete. **2** marked, especial, exceptional, remarkable, noteworthy, notable, outstanding. **3** fussy, meticulous, finicky, finical, discriminating. ● *n.* **1** fine point, specific, element, fact, circumstance. **2** minutiae, details, facts, circumstances. □ **in particular** particularly, precisely, exactly, specially.

**par·tic·u·lar·ize** /pərtikyələrīz, pətík–/ *v.tr.* [also *absol.*] **1** name specifically or one by one. **2** specify (items). □□ **par·tic·u·lar·i·za'tion** *n.*

**par·tic·u·lar·ly** /pərtikyələrlee, pətík–/ *adv.* **1** especially; very. **2** specifically (*they particularly asked for you*).

■ **1** specially, exceptionally, peculiarly, singularly, distinctively, uniquely, unusually. **2** in particular, especially, principally, mainly; only, solely.

**par·tic·u·late** /pərtikyələyt, –lət, paar–/ ● *adj.* in the form of separate particles. ● *n.* matter in this form.

**part·ing** /paarting/ *n.* **1** leave-taking or departure. **2** division; separating.

■ **1** farewell, saying good-bye, leaving, going (away), making one's adieus *or* adieux; valediction. **2** splitting, dividing, breaking (up *or* apart); separation, split, breakup, rift, rupture, partition.

**par·ti·san** /paartizən/ (also **par·ti·zan**) ● *n.* **1** strong, esp. unreasoning, supporter of a party, cause, etc. **2** *Mil.* guerrilla. ● *adj.* of or like partisans. □□ **par'ti·san·ship** *n.*

■ *n.* **1** devotee, follower, adherent, backer, champion, enthusiast, fan, zealot. **2** freedom fighter, underground *or* resistance fighter, irregular. ● *adj.* guerrilla, freedom, underground, resistance, irregular.

**par·ti·tion** /paartishən/ ● *n.* **1** division into parts. **2** structure dividing a space into two parts, esp. a light interior wall. ● *v.tr.* **1** divide into parts. **2** separate with a partition. □□ **par·ti'tioned** *adj.* **par·ti'tion·er** *n.* **par·ti'tion·ist** *n.*

■ *n.* **1** separation, splitting (up), split-up, breakup, segmentation. **2** (room) divider, barrier, screen, separator. ● *v.* **1** separate, cut up, subdivide, split (up). **2** divide (off), wall off, screen (off), fence off.

**part·ly** /paartlee/ *adv.* to some extent; not entirely.

■ see *partially* (PARTIAL).

**part·ner** /paartnər/ ● *n.* **1** person who shares or takes part with another or others. **2** companion in dancing. **3** player on the same side in a game. **4** either member of a married or unmarried couple. ● *v.tr.* be the partner of. □□ **part'ner·less** *adj.* **part'ner·ship** *n.*

■ *n.* **1** sharer, partaker, associate, colleague, participant, accomplice, accessory, confederate, comrade, ally, collaborator, *colloq.* pal, sidekick, buddy. **3** teammate. **4** wife, husband, spouse, helpmate, consort; lover, cohabitant.

**par·took** *past* of PARTAKE.

**par·tridge** /paartrij/ *n.* (*pl.* same or par·

tridg·es) any of various species of game bird.

**par·tu·ri·tion** /paartŏorishən, -tyŏo-, -chŏo-/ *n. Med.* act of bringing forth young; childbirth.

**par·ty** /paartee/ ● *n.* (*pl.* **–ties**) **1** social gathering. **2** body of persons engaged in an activity or traveling together (*search party*). **3** group of people united in a cause, opinion, etc., esp. an organized political group. **4** each side in an agreement or dispute. **5** *Law* accessory (to an action). **6** *colloq.* person. ● *v.* (**–ties, –tied**) entertain at or attend a party. □ **party line 1** policy adopted by a political party. **2** shared telephone line.

■ *n.* **1** celebration, fete, function, reception, soiree, festivity, *colloq.* get-together, shindig. **2** group, company, band, corps, gang, crew, commando, team, squad, troop, *colloq.* bunch, outfit. **3** side, interest, faction, league, club, coalition, bloc, division, lobby, caucus. **4** individual, person, litigant, plaintiff, defendant, part, interest, signer. **5** participant, participator, confederate, associate, ally, accomplice.

**par·ve·nu** /paarvənŏo/ *n.* (*fem.* **par·ve·nue**) **1** person who has recently gained wealth or position. **2** upstart.

■ arriviste, nouveau riche, adventurer, social climber; intruder.

**pas·chal** /páskəl/ *adj.* **1** of Passover. **2** of Easter.

**pa·sha** /paashə/ *n.* (also **pa'cha**) *hist.* title (placed after the name) of a Turkish officer of high rank.

**pass¹** /pas/ ● *v.* (*past part.* **passed**) (see also PAST). **1** *intr.* move onward; proceed past. **2** *tr.* **a** go past; leave (a thing, etc.) on one side or behind in proceeding. **b** overtake, esp. in a vehicle. **3** *intr. & tr.* be transferred or cause to be transferred from one person or place to another. **4** *tr.* surpass; exceed. **5** *intr.* get through. **6** *intr.* be accepted as or known as. **7** *tr.* move; cause to go. **8 a** *intr.* be successful (in school, etc.). **b** *tr.* be successful in (school, etc.). **c** *tr.* judge as satisfactory. **9 a** *tr.* (of a bill) be approved by (a parliamentary process). **b** *tr.* cause or allow (a bill) to proceed to further legislative processes. **c** *intr.* (of a bill or proposal) be approved. **10** *intr.* occur; elapse; happen. **11 a** *intr.* circulate; be current. **b** *tr.* put into circulation. **12** *tr.* spend or use up (a certain time or period). **13** *tr. Sports* send (the ball) to another player of one's own team. **14** *intr.* forgo one's turn or chance in a game, etc. **15** *intr.* come to an end. **16** *tr.* discharge from the body. **17** *tr.* **a** utter (criticism) about. **b** pronounce (judicial sentence) on. ● *n.* **1** act or instance of passing. **2** permission giving free entry, access, leave, etc. **3** *Sports* transference of the ball to another player on the same side. □ **in passing 1** by the way. **2** in the course of conversation, etc. **make a pass at** *colloq.* make amorous or sexual advances to. **pass around 1** distribute. **2** send or give to each of a number in turn. **pass away 1** *euphem.* die. **2** cease to exist;

Case 6:20-cv-00574-ADA   Document 34-14   Filed 02/12/21   Page 5 of 5

GOOG-WSOU576-CC-000007