# EXHIBIT #16

**Group 2 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00574-ADA, 6:20-cv-00576-ADA, 6:20-cv-00579-ADA, and 6:20-cv-00580-ADA)**



GOOG-WSOU576-CC-000008

# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

### *A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

GOOG-WSOU576-CC-000009



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
and the Merriam-Webster editorial staff.
        p.    cm.
    ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
    1. English language—Dictionaries.  I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be
reproduced or copied in any form or by any means—graphic, electronic, or me-
chanical, including photocopying, taping, or information storage and retrieval
systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

535455QKY0504

Preface............................
Editorial Staff......................
Outside Consultants.................
Explanatory Chart..................
Explanatory Notes..................
Divisions in Boldface Entry Words....
Spelling............................
Plurals.............................
Capitalization......................
Italicization.......................

A Dict

cgs electromagnetic units (*ab~*).........
*Afro-Asiatic* languages...............
*alphabet* table.....................
*anthracite* coal sizes...................
*architecture*.......................
common *area* formulas..............
*Beaufort scale*.....................
ship's *bells*.......................
*book* sizes.........................
*Braille* alphabet....................
*constellations*......................
chief *crusades*.....................
principal ocean *currents*, drifts, streams..
executive U.S. *departments*..........
*dye* tables I and II..................
*Easter* dates......................
chemical *elements*...................
four syllogistic *figures*................
principal railroad gages (*gauge*)........
common shotgun *gauges*.............
*geologic* time and formations.........
*gestation* periods...................
*glacial* epochs.....................
*incubation* periods..................
*Indo-European* languages.............
*measures* and weights................

Color:
    Two plates in color.............*bet*
Constellations and Stars—Northern Hemi
Constellations and Stars—Southern Hemi

GOOG-WSOU576-CC-000010

Case 1:11-cv-01846-LHK-PSG   Document 3j.15   Filed 02/12/14   Page 6 of 26





GOOG-WSOU576-CC-000011



parting tool 1

GOOG-WSOU576-CC-000012




GOOG-WSOU576-CC-000013



Case 6:20-cv-00574-ADA   Document 34-16   Filed 02/12/21   Page 8 of 8