# EXHIBIT #18

**Group 2 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00574-ADA, 6:20-cv-00576-ADA, 6:20-cv-00579-ADA, and 6:20-cv-00580-ADA)**

US008965045B2

(12) **United States Patent**
**Kalevo et al.**

(10) **Patent No.: US 8,965,045 B2**
(45) **Date of Patent: Feb. 24, 2015**

(54) **IMAGE CAPTURE**

(75) Inventors: **Ossi Mikael Kalevo**, Toijala (FI); **Matti Sakari Hamalainen**, Lempaala (FI); **John Samuels**, Tarleton (GB); **Juha H. Alakarhu**, Helsinki (FI); **Euan James Barron**, Tampere (FI); **Marko Torvinen**, Lempaala (FI)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 226 days.

(21) Appl. No.: **13/401,986**

(22) Filed: **Feb. 22, 2012**

(65) **Prior Publication Data**

US 2013/0216092 A1 Aug. 22, 2013

(51) **Int. Cl.**
***G06K 9/00*** (2006.01)

(52) **U.S. Cl.**
USPC ........................................................ **382/103**

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,005,609 | A * | 12/1999 | Cheong | 348/169 |
| 6,323,898 | B1 * | 11/2001 | Koyanagi et al. | 348/169 |
| 7,218,342 | B2 * | 5/2007 | Kobayashi et al. | 348/211.8 |
| 2003/0053661 | A1 * | 3/2003 | Magarey | 382/103 |
| 2003/0095183 | A1 * | 5/2003 | Roberts et al. | 348/153 |
| 2008/0255826 | A1 * | 10/2008 | Hio | 704/10 |
| 2009/0135254 | A1 * | 5/2009 | Chiang-Lin | 348/169 |
| 2009/0231441 | A1 * | 9/2009 | Walker et al. | 348/207.1 |
| 2010/0067741 | A1 * | 3/2010 | Stolkin et al. | 382/103 |
| 2010/0271485 | A1 * | 10/2010 | Kim | 348/169 |
| 2010/0321503 | A1 * | 12/2010 | Sakata | 348/169 |
| 2011/0069196 | A1 * | 3/2011 | Jung et al. | 348/222.1 |
| 2011/0254950 | A1 * | 10/2011 | Bibby et al. | 348/135 |
| 2012/0020520 | A1 * | 1/2012 | Lin et al. | 382/103 |
| 2013/0147980 | A1 * | 6/2013 | Gardenfors et al. | 348/222.1 |

* cited by examiner

*Primary Examiner* — Shervin Nakhjavan
(74) *Attorney, Agent, or Firm* — Harrington & Smith

(57) **ABSTRACT**

An apparatus including a processor configured to move automatically a sub-set of pixels defining a target captured image within a larger set of available pixels in a direction of an edge of the target captured image when a defined area of interest within the target captured image approaches the edge of the target captured image and configured to provide a pre-emptive user output when the sub-set of pixels approaches an edge of the set of available pixels.

**21 Claims, 7 Drawing Sheets**

CAPTURED IMAGE
50
30
54
100
52
44
56
102



FIG. 1

FIG. 2

20
10
CAMERA SENSOR
28
4
HOST PROCESSOR
26
MEMORY
USER INPUT/OUTPUT
6

FIG. 3



U.S. Patent Feb. 24, 2015 Sheet 2 of 7 US 8,965,045 B2

REAL WORLD
CAMERA SENSOR
CAPTURED IMAGE
TARGET CAPTURED IMAGE
30
32
40
42
44
10
50
52
54
56
100
102
60
FIG. 4A
FIG. 4B
FIG. 4C
FIG. 4D
FIG. 5A
FIG. 5B
FIG. 5C
FIG. 5D

WSOU_574_8965045-0000254



FIG. 6A

FIG. 6B

FIG. 6C

FIG. 6D

FIG. 7A

FIG. 7B

FIG. 7C

FIG. 7D



FIG. 8A FIG. 9A FIG. 10A

FIG. 8B FIG. 9B FIG. 10B

FIG. 8C FIG. 9C FIG. 10C

FIG. 11A FIG. 12A

FIG. 11B FIG. 12B FIG. 12C



U.S. Patent Feb. 24, 2015 Sheet 5 of 7 US 8,965,045 B2

102
104
60
7
6
100'
102'
110
30

FIG. 13

WSOU_574_8965045-0000257

U.S. Patent Feb. 24, 2015 Sheet 6 of 7 US 8,965,045 B2

112
DETECT OBJECT(S) OF INTEREST APPROACHING OPPOSITE EDGES OF SUB-SET OF PIXELS
Y
114
CHANGE SIZE OF SUB-SET (FoV)
N
116
DETECT OBJECT(S) OF INTEREST APPROACHING SINGLE OR SAME EDGE OF SUB-SET OF PIXELS
118
MOVE SUB-SET OF PIXELS WITHIN SET OF PIXELS IN DIRECTION OF EDGE
120
DETECT SUB-SET OF PIXELS APPROACHING EDGE OF SET OF PIXELS
111
122
OUTPUT PRE-EMPTIVE USER OUTPUT

FIG. 14

WSOU_574_8965045-0000258



FIG. 15A

FIG. 15B

# IMAGE CAPTURE

## TECHNOLOGICAL FIELD

Embodiments of the present invention relate to image capture.

## BACKGROUND

Digital camera sensors are now used for image capture in portable electronic apparatuses such as portable cameras and mobile cellular telephones.

A digital camera sensor captures an image as a plurality of pixels.

## BRIEF SUMMARY

According to various, but not necessarily all, embodiments of the invention there is provided an apparatus comprising: a processor configured to move automatically a sub-set of pixels defining a target captured image within a larger set of available pixels in a direction of an edge of the target captured image when a defined area of interest within the target captured image approaches the edge of the target captured image and configured to provide a pre-emptive user output when the sub-set of pixels approaches an edge of the set of available pixels.

According to various, but not necessarily all, embodiments of the invention there is provided a method comprising: in response to detecting in a sub-set of pixels defining a target captured image, an area of interest approaching an edge of the target captured image, moving the sub-set of pixels within a larger set of available pixels in a direction of the edge; and in response to detecting the sub-set of pixels approaching an edge of the set of available pixels, providing a pre-emptive user output.

According to various, but not necessarily all, embodiments of the invention there is provided an apparatus comprising: at least one processor; and at least one memory including computer program code the at least one memory and the computer program code configured to, with the at least one processor, cause the apparatus at least to perform: in response to detecting in a sub-set of pixels defining a target captured image, an area of interest approaching an edge of the target captured image, moving the sub-set of pixels within a larger set of available pixels in a direction of the edge; and in response to detecting the sub-set of pixels approaching an edge of the set of available pixels, providing a pre-emptive user output.

## BRIEF DESCRIPTION

For a better understanding of various examples of embodiments of the present invention reference will now be made by way of example only to the accompanying drawings in which:

FIG. 1 schematically illustrates an example of an apparatus comprising a processor and a camera sensor;

FIG. **2** illustrates an example of an apparatus comprising a camera sensor and a processor housed in a hardware module;

FIG. **3** illustrates an example of an apparatus comprising a camera sensor housed in a hardware module and a processor;

FIGS. **4**A, **4**B, **4**C, **4**D illustrate examples of notional stages in creating a target captured image at a first time according to a first embodiment;

FIGS. **5**A, **5**B, **5**C, **5**D illustrate examples of notional stages in creating a target captured image at a second time according to the first embodiment;

FIGS. **6**A, **6**B, **6**C, **6**D illustrate examples of notional stages in creating a target captured image at a first time according to a second embodiment;

FIGS. **7**A, **7**B, **7**C, **7**D illustrate examples of notional stages in creating a target captured image at a second time according to the second embodiment;

FIGS. **8**A to **8**C illustrate different sub-sets of pixels defining different target captured images at times t**1**, t**2** and t**3**;

FIGS. **9**A to **9**C illustrate a post-capture embodiment in which the sets of available pixels are defined by captured images that were captured at times t**1**, t**2** and t**3** and sub-sets of pixels are selected post-capture from the captured images;

FIGS. **10**A to **10**C illustrate an alternative pre-capture embodiment in which the sets of available pixels are defined by the array of sensor elements and the sub-sets of pixels are sub-sets of sensor elements used to capture the captured images at times t**1**, t**2** and t**3**;

FIGS. **11**A and **11**B illustrate one outcome, a request for user input, when two areas of interest simultaneously approach opposite edges of the sub-set of pixels;

FIGS. **12**A and **12**B illustrate one outcome, a change in the field of view, when two areas of interest simultaneously approach opposite edges of the sub-set of pixels;

FIGS. **12**A and **12**C illustrate a further outcome, prioritization of one area of interest, when two areas of interest simultaneously approach opposite edges of the sub-set of pixels;

FIG. **13** illustrates an example of an alternative pre-emptive user output comprising a picture within a picture;

FIG. **14** illustrates an example of a method;

FIG. **15**A illustrates an example of a processor; and

FIG. **15**B illustrates an example of a carrier embodying a computer program.

## DETAILED DESCRIPTION

The Figures illustrate an apparatus **2** comprising: a processor **4** configured to move automatically a sub-set of pixels **102** defining a target captured image **60** within a larger set of available pixels **100** in a direction of an edge of the target captured image **60** when a defined area of interest **30** within the target captured image **60** approaches the edge of the target captured image **60** and configured to provide a pre-emptive user output **110** when the sub-set of pixels **102** approaches an edge of the set of available pixels **100**.

A target captured image **60** may be a still image such as a photograph or may be a video frame. A video frame is an image in a series of images (the video). A photograph may be an isolated image or may be an image in a series of images (e.g. a burst of photographs).

A frame of reference is a reference frame used for the purpose of determining relative motion. The sensor frame of reference **44** may be a reference frame fixed in relation to the camera sensor **10**. The image frame of reference **56** may be a reference frame fixed in relation to a portion of a scene being imaged, such as for example, an area of interest **30** that is being tracked.

The area of interest **30** may be defined manually or automatically. It may, for example, be an object that is to be tracked in a series of target captured images **60** as it moves relative to the camera sensor **10**. The area of interest **30** is tracked so that it is captured, despite the relative movement, in a series of target captured images **60**.

Capturing an image comprises creating an addressable data structure recording the image. The data structure is stored in a memory, for subsequent retrieval. Capturing an image should be contrasted with transiently displaying an image, for

example in a viewfinder display, for review in advance of capture where an addressable data structure is not created and stored in a memory, for subsequent retrieval.

In some embodiments, the area of interest **30** is tracked using transverse tracking. In transverse tracking a field of view for a target captured image **60** remains constant, however, the position of the field of view tracks transversely (i.e. anywhere in a two-dimensional plane parallel to the plane of the camera sensor **10**). As the field of view remains constant the size of portions of a scene captured in successive target captured images **60** remains constant but the positions of the portions change.

In some embodiments, in addition or as an alternative to transverse tracking, the area of interest **30** is tracked using depth tracking. In depth tracking a field of view for a target captured image **60** increases as the area of interest **30** approaches and decreases as the area of interest **30** become more distant. This change in the field of view maintains a constant ratio (scale) between the field of view and a size of the target captured image **60**. The pixel count may be kept constant despite changes in the size of the field of view.

Some embodiments, enable 'select, point and shoot' video recording in which a user defines the area of interest **30** (select), generally points the camera sensor **10** in the direction of the defined area of interest **30** and captures video **60**. Automatic transverse tracking may keep the area of interest **30** centrally located in successive video frames **60**, despite the camera sensor **10** only pointing generally towards the area of interest **30** and despite movement of the area of interest **30**. Automatic depth tracking, if used, may keep the area of interest **30** in the same proportion to the video frame **60**, despite movement of the area of interest **30** towards or away from the camera sensor **10**.

Some embodiments, enable 'point and shoot' video recording in which a user generally points the camera sensor **10** in a direction of interest and captures video **60**. The area of interest **30** is automatically defined (select). Automatic transverse tracking may keep the area of interest **30** centrally located in successive video frames **60**, despite the camera sensor **10** only pointing generally towards the area of interest **30** and despite movement of the area of interest **30**. Automatic depth tracking, if used, may keep the area of interest **30** in the same proportion to the video frame **60**, despite movement of the area of interest **30** towards or away from the camera sensor **10**.

Thus an object **30** may be tracked automatically while recording video **60** such that the object **30** is automatically positioned within each captured video frame **60**. If an object **30** is being videoed moves relative to a camera sensor **10** while the camera sensor **10** is recording video **60**, then pixels used to define the video frames **60** automatically change so that the object **60** being videoed is tracked and remains prominently, perhaps centrally, positioned in the video frames **60** as recorded (captured) and as displayed on a viewfinder display. When the video is played back, the tracked object **30** will be presented in a substantially static foreground in front of a moving background.

In some embodiments, it may be a necessary condition that video recording is in progress before there is any automatic change of which pixels are used to define a target captured image **60**.

Some embodiments, enable an object to be tracked automatically as described above before an still image is captured. When the still image is captured, the object has been automatically positioned within the captured still image.

FIG. **1** schematically illustrates an apparatus **2** comprising a processor **4** and a camera sensor **10**.

The camera sensor **10** is configured to capture an image as a plurality of pixels.

A pixel is a picture element. Pixels may be monochrome pixels or color pixels. A monochrome pixel typically has an intensity value for a single parameter e.g. grayscale. A color pixel typically has an intensity value for each of a number of different parameters that span a multi-color color space. As an example, for a red-green-blue color space, a pixel is defined by a red intensity (R), a green intensity (G) and a blue intensity (B).

The camera sensor **10** comprises sensor elements. When an image is captured by the camera sensor **10**, each sensor element provides a pixel of the image.

A sensor element may be a monochrome sensor element for capturing a monochrome pixel or a color sensor element for capturing a color pixel.

A monochrome sensor element typically detects an intensity value for a single parameter.

A color sensor element may have a number of sub-elements each of which detects an intensity value for one of the number of different parameters that span the color space. As an example, for a red-green-blue color space, a sensor element may comprise as spatially distributed sub-elements a red light detector that detects an intensity of red light (R), a green light detector that detects an intensity of green light (G), and a blue light detector that detects an intensity of blue light (B). In a Bayer arrangement, a sensor element comprises a 2×2 array of sub-elements comprising a red light detector at (0,0) detects an intensity of red light (R), green light detectors at (0,1) and (1,1) detect an intensity of green light (G), and a blue light detector at (1,1) detects an intensity of blue light (B).

The camera sensor **10** has a very high pixel count, that is, it comprises a very high number of sensor elements.

FIGS. **4**B, **5**B, **6**B and **7**B schematically illustrates a camera sensor **10** in which the sensor elements **42** are arranged in a fixed array **40**. The Figures include a grid of N rows and M columns and a sensor element **42** is positioned where each row and column cross.

The illustrated camera sensor **10** is a reduced size camera sensor. The actual camera sensor **10** used in the apparatus **2** may have a pixel count (number of sensor elements **42**) in excess of 30 million. In one embodiment, the camera sensor **10** comprises 40 million sensor elements **42**.

Referring to FIGS. **4**A, **5**A, **6**A and **7**A, an image **32** from the real-world is captured as an array of pixels **52** using the array **40** of sensor elements **42**. The captured image **50** is illustrated in FIGS. **4**C, **5**C, **6**C and **7**C.

In FIGS. **4**C and **5**C, the whole of the array **40** of sensor elements **42** is used to capture the captured image **50**. As the array **40** is a N row by M column array of sensor elements **42**, the captured image **50** is a N row by M column array of pixels **52**. A sub-set **54** of the captured image **50** is used to define a target captured image **60** (FIGS. **4**D and **5**D). Whereas a whole scene is captured in the captured image **50** by the whole array **40** of sensor elements **42**, the sub-set **54** of the captured image **50** has a reduced field of view and defines only a portion of the scene.

In FIGS. **6**C and **7**C, a sub-set **44** of the whole of the array **40** of sensor elements **42** is used to capture the captured image **50**. As the sub-set **44** of the array **40** is a n row by m column array of sensor elements **42**, the captured image **50** is a n row by m column array of pixels **52**. The captured image **50** is used as the target captured image **60** (FIGS. **6**D and **7**D). Whereas the whole array **40** of sensor elements **42** capture a whole scene, the sub-set **44** has a reduced field of view and defines only a portion of the scene.

The processor **4** is configured to change automatically which pixels **52** are used to define a target captured image **60**.

In FIGS. **4**A to **7**D, a sub-set of pixels **102** defining a target captured image **60** is moved automatically within a larger set of available pixels **100**. In FIGS. **4**A to **5**D, the set of available pixels **100** is determined by the captured image **50** and the sub-set of pixels **102** is defined post-capture as a sub-set **54** of the captured image **50**. In FIGS. **6**A to **7**D, the set of available pixels **100** is determined by the array **40** of sensor elements **40** and the sub-set of pixels **102** id defined pre-capture as a sub-set **44** of the array **40** of sensor elements **42**. The change in which sub-set of pixels **102**, selected from the set of available pixels **100**, is used to define a target captured image **60** is in response to relative movement of a sensor frame of reference **44** defined by a camera sensor **10** and an image frame of reference **56** defined by the image **32**.

The sensor frame of reference **44** is a reference frame that is fixed to and moves with the camera sensor **10**. In FIGS. **4**B, **5**B, **6**B and **7**B the origin where the M=0 row and N=0 column meet is one arbitrary example of a sensor frame of reference **44**.

The image frame of reference **56** is a reference frame that is fixed to and moves with the scene being captured. In FIGS. **4**B, **5**B, **6**B and **7**B the sensor frame of reference **44** is fixed to an area of interest **30**.

The processor **4** is configured to automatically track the area of interest **30** when it moves relative to the camera sensor **10** by dynamically controlling which subset **54** of pixels **52** is used to define the target captured image **60**. The processor **4** may perform transverse tracking which automatically ensures that the area of interest **30** remains within a target captured image **60**, perhaps at a constant position within the target captured image **60**. The processor **4** may additionally or alternatively perform depth tracking which ensures that the area of interest **30** remains at a constant scale relative to the target captured image **60**.

Relative movement of the area of interest **30** and the camera sensor **10** may occur in various different ways. It may, for example, occur when an object in the area of interest **30** is moving while the apparatus **2** remains stationary. Tracking keeps the area of interest **30** within the target captured image **60** despite relative movement of the sensor frame of reference **44** and the image frame of reference **56**. The area of interest **30** may in some embodiments be kept at a constant position within the target captured image **60**, for example at the centre of the target captured image **60**.

FIG. **2** illustrates an apparatus **2** comprising a camera sensor **10** and a processor **4** as previously described. In this example, processor **4** is a local processor **22** that is housed in a hardware module **20** along with the camera sensor **10**.

The module **20** is part of a larger host apparatus **2**. The host apparatus **2** comprises the module **20**, a host processor **24**, a memory **26** and user input and user output **6**.

The host processor **24** is configured to read from and write to the memory **26**. It is also configured to receive input commands from the user input **6** and provide output commands to the user output **6**. The host processor **24** is also configured to communicate with the module **20**.

The host processor **24** may be a multi-functional processor such as, for example, a central processing unit.

In this example, the functions of the processor **4** are performed by only the local processor **22**.

In other implementations, the functions of the processor **4** may be performed by only the host processor **24**.

In still other implementations, the functions of the processor **4** may be performed by the host processor **24** and the local processor **22**.

FIG. **3** illustrates an apparatus **2** comprising a camera sensor **10** and a processor **4** as previously described. In this example, processor **4** is a host processor **28**.

The camera sensor **20** is housed in a hardware module **20** without a local processor and separate to the host processor **28**.

The module **20** is part of a larger host apparatus **2**. The host apparatus **2** comprises the module **20**, a host processor **28**, a memory **26** and user input and user output **6**.

The host processor **28** is configured to read from and write to the memory **26**. It is also configured to receive input commands from the user input **6** and provide output commands to the user output **6**. The host processor **28** is also configured to communicate with the module **20**.

The host processor **28** may be a multi-functional processor such as, for example, a central processing unit.

In this example, the functions of the processor **4** are performed by only the host processor **28**.

Referring to FIGS. **1**, **2** and **3**, the area of interest **30** may be defined by a user or may be defined automatically.

User definition may be achieved by capturing and displaying the image **32** and enabling a user to select a portion of the image **32** using a user input **6**.

The apparatus **2** may for example enable user-selection of an object **30** within the image **32**. For example, the image **32** may be displayed on a touch sensitive display **6** and the user may select an object **30** by touching a portion of the touch-sensitive display corresponding to the object **30**.

The apparatus **2** may for example enable user-selection of a portion **30** within the image **32**. For example, the image **32** may be displayed on a touch sensitive display **6** and the user may select the image portion **30** by tracing a frame around the portion of image displayed on the touch-sensitive display **6**.

The apparatus **2** may for example enable user-selection of a portion **30** within the image **32**. For example, the portion **30** may for example correspond to a portion of the image used for auto-focusing.

In the embodiment described with reference to FIGS. **4**A to **5**D, when there is relative movement of the sensor frame of reference **44** and the image frame of reference **56**, the processor **4** dynamically controls which sub-set **54** of pixels **52** of a captured image **50** are used to define a smaller target captured image **60**.

FIG. **4**A represents an image **32** of the real-world at a first time.

FIG. **4**B illustrates that all of the sensor elements **42** of the N row by M column array **40** of contiguous sensor elements **42** are operational. The camera sensor **10** captures the image **32**. The captured image **50** is illustrated in FIG. **4**C.

FIG. **4**C illustrates that the processor **4** can automatically select a sub-set **54** of the pixels **52** such that an area of interest **30** is included in the sub-set **54**. In this example, the sub-set **54** is an array of $n_1$ rows and $m_1$ columns of pixels **52** positioned at $(x_1, y_1)$ and providing a field of view $X_1 \times Y_1$. The sub-set **54** has a pixel count of $n_1 * m_1$.

FIG. **4**D illustrates that the sub-set **54** of the pixels defines the target captured image **60**. If the target captured image **60** is displayed on the same display as the captured image **50** then it has an effective zoom of $M/m_1(=N/n_1)$.

FIG. **5**A represent an image **32** of the real-world at a second time shortly after the first time. The area of interest **30** has moved between the first time and the second time.

FIG. **5**B illustrates that all of the sensor elements **42** of the N row by M column array **40** are operational. The camera sensor **10** captures the image **32**. The captured image **50** is illustrated in FIG. **4**C.

FIG. 5C illustrates that the processor 4 can automatically select a new sub-set 54 of the pixels 52 such that the area of interest 30 is included in the sub-set 54 despite having moved. The sub-set is an array of $n_2$ rows and $m_2$ columns of pixels 52 positioned at $(x_2,y_2)$ with a field of view $X_2 \times Y_2$. The sub-set 54 has a pixel count of $n_2*m_2$.

If the processor 4 performs transverse tracking only, then $n_1=n_2$, $m_1=m_2$, $X_1=X_2$, $Y_1=Y_2$, and $(x_1,y_1)\neq(x_2,y_2)$. The sub-set 54 remains the same size (same field of view), has the same resolution (same pixel count) but is repositioned.

If the processor 4 performs depth tracking only, then $X_1\neq X_2$, $Y_1\neq Y_2$, $X_1/Y_1=X_2/Y_2$ and $(x_1,y_1)=(x_2,y_2)$. The sub-set 54 remains at the same position but is re-sized (different field of view) while maintaining the same aspect ratio. The pixel count may remain the same $n_1=n_2$, $m_1=m_2$.

If the processor 4 performs transverse tracking and depth tracking, then $X_1\neq X_2$, $Y_1\neq Y_2$, $X_1/Y_1=X_2/Y_2$ and $(x_1,y_1)\neq(x_2, y_2)$ The sub-set 54 changes size (different field of view) and is repositioned. The pixel count may remain the same $n_1=n_2$, $m_1=m_2$.

FIG. 5D illustrates that the new sub-set 54 of the pixels defines the target captured image 60. If the target captured image 60 is displayed on the same display as the captured image 50 then it has an effective zoom of $M/m_2(=N/n_2)$.

In the illustrated example (transverse tracking only), the subset 54 of the pixels includes all of the available pixels within a sub-area of the captured image 50. That is there are no missing pixels. Changing the sub-set 54 involves selecting a new position of the sub-area within the captured image 50.

In the illustrated example, the new position of the sub-area within the captured image 50 is displaced from a previous position of the sub-area within the captured image 50 by the amount of relative movement of the sensor frame of reference 44 and the image frame of reference 56. The sub-area remains the same size.

The FIGS. 4A to 5D illustrate that the processor 4 is configured to track the area of interest 30 when it moves relative to the camera sensor 10 by dynamically changing which sub-set 102 of available pixels 100 are used to define the target captured image 60. The captured image comprises a N row by M column array of contiguous pixels and the processor 4 is configured to use only a n row by m column sub-array of contiguous pixels within the N×M array to define a n row by m column target captured image 60.

Tracking keeps the area of interest 30 within the target captured image 60 despite relative movement of the sensor frame of reference 44 and the image frame of reference 56. The area of interest 30 may in some embodiments be kept at a constant position within the target captured image 60, for example at the centre of the target captured image 60.

In the embodiment described with reference to FIGS. 6A to 7D, when there is relative movement of the sensor frame of reference 44 and the image frame of reference 56, the processor 4 dynamically controls which subset 44 of the multiple sensor elements 42 are used to capture the target captured image.

FIG. 6A represents an image 32 of the real-world at a first time.

FIG. 6B illustrates that only a subset 44 of the sensor elements 42 is operational. The camera sensor 10 comprises a N row by M column array 40 of contiguous sensor elements 42. The subset 44 is a n row by m column sub-set 44 of the array 40. The n row by m column sub-set 44 of the array 40 captures a portion of the image 32. The captured image 50 is illustrated in FIG. 6C.

FIG. 6C illustrates that the captured image 50 comprises a $n_1$ row by $m_1$ column array 54 of pixels 52 positioned at $(x_1,y_1)$ and providing a field of view $X_1 \times Y_1$. Each of the pixels 52 corresponds to a sensor element 42 in the sub-set 44 of the array 40 of sensor elements. The sub-set 54 has a pixel count of $n_1*m_1$. The $n_1$ row by $m_1$ column array 54 of pixels 52 is a sub-set of the N row by M column array of pixels that would have been captured had the whole of the whole of the camera sensor 10 been used. FIG. 6D illustrates that the sub-set 54 of the pixels defines the target captured image 60. The target captured image 60 has an effective zoom of M/m (=N/n).

FIG. 7A represents an image 32 of the real-world at a second time shortly after the first time. The area of interest 30 has moved between the first time and the second time.

FIG. 7B illustrates that only a subset 44 of the sensor elements 42 is operational. The subset 44 is a $n_2$ row by $m_2$ column sub-set 44 of the array 40 of N rows and M columns of sensor elements 42. The $n_2$ row by $m_2$ column sub-set 44 of the array 40 captures a portion of the image 32. The captured image 50 is illustrated in FIG. 7C.

$N*M-n_2*m_2$ of the sensor elements 42 do not capture the image.

The processor 4 can automatically select a new sub-set 44 of the sensor elements 42 such that the area of interest 30 is included in the sub-set 44 despite having moved. The sub-set is an array of $n_2$ rows and $m_2$ columns of pixels 52 positioned at $(x_2,y_2)$ with a field of view $X_2 \times Y_2$. The sub-set 54 has a pixel count of $n_2*m_2$.

If the processor 4 performs transverse tracking only, then $n_1=n_2$, $m_1=m_2$, $X_1=X_2$, $Y_1=Y_2$ and $(x_1,y_1)\neq(x_2,y_2)$. The sub-set 44 remains the same size (same field of view), has the same resolution (same pixel count) but is repositioned.

If the processor 4 performs depth tracking only, then $X_1\neq X_2$, $Y_1\neq Y_2$, $X_1/Y_1=X_2/Y_2$ and $(x_1,y_1)=(x_2,y_2)$. The sub-set 44 remains at the same position but is re-sized (different field of view) while maintaining the same aspect ratio. The pixel count may remain the same $n_1=n_2$, $m_1=m_2$.

If the processor 4 performs transverse tracking and depth tracking, then $X_1\neq X_2$, $Y_1\neq Y_2$, $X_1/Y_1=X_2/Y_2$ and $(x_1,y_1)\neq(x_2, y_2)$ The sub-set 44 changes size (different field of view) and is repositioned. The pixel count may remain the same $n_1=n_2$, $m_1=m_2$.

In the illustrated example (transverse tracking only), the subset 44 of the sensor elements 42 includes all of the available sensor elements 42 within a sub-area of the array 40 of sensor elements 42. That is there are no missing sensor elements. Changing the subset 44 involves selecting a new position of the sub-area within the array 40 of sensor elements 42.

In the illustrated example, the new position of the sub-area within the array 40 is displaced from a previous position of the sub-area within the array 40 by the amount of relative movement of the sensor frame of reference 44 and the image frame of reference 56. The sub-area remains the same size.

FIG. 7C illustrates that the captured image 50 comprises a $n_2$ row by $m_2$ column array 54 of pixels 52. Each of the pixels 52 corresponds to a sensor element 42 in the sub-set 44 of the array 40 of sensor elements 42. The $n_2$ row by $m_2$ column array 54 of pixels 52 is a sub-set of the N row by M column array of pixels that would have been captured had the whole of the whole of the camera sensor 10 been used.

The subset 54 of the pixels includes all of the available pixels within the captured image 50. That is there are no missing pixels.

FIG. 7D illustrates that the sub-set 54 of the pixels defines the target captured image 60. The target captured image 60 has an effective zoom of $M/m_2(=N/n_2)$.

The FIGS. 6A to 7D illustrate that the processor 4 is configured to track the area of interest 30 when it moves relative

to the camera sensor **10** by dynamically changing which sub-set **102** of available pixels **100** are used to define the target captured image **60**. In this embodiment, the processor **4** is configured to dynamically control which subset of the multiple sensor elements **42** are used to capture the image.

The processor **4** is configured to use only a n row by m column sub-array of contiguous sensor elements to define a n row by m column target captured image **60**. The captured image comprises a n row by m column sub-set of a potential N row by M column array of contiguous pixels.

Tracking keeps the area of interest **30** within the target captured image **60** despite relative movement of the sensor frame of reference **44** and the image frame of reference **56**. The area of interest **30** may in some embodiments be kept at a constant position within the target captured image **60**, for example at the centre of the target captured image **60**.

It will be appreciated from FIGS. **4**A to **7**D that when a defined area of interest **30** within the target captured image **60** approaches an edge of the target captured image **60** the sub-set of pixels **102** defining the target captured image **60** within a larger set of available pixels **100** is automatically moved by the processor **4** in a direction of an edge **101** of the target captured image **60**. This enables tracking of the area of interest **60** as previously described.

The processor **4** may detect that an area of interest is approaching an edge of the target captured image in many different ways. As an example, the processor **4** may determine whether distances of the area of interest **30** from the edges **101** of the target captured image **60** satisfy a positional constraint for positioning the area of interest **30** within the sub-set of pixels **102**. The positional constraint may, for example, require that the area of interest **60** overlaps a defined group of pixels at a central location in the sub-set of pixels **102** so that the area of interest **60** is centrally located within the target captured image **60** while it is tracked predominantly by movement of the sub-set of pixels **102** within the set of available pixels **100**. Alternatively, the positional constraint may define a minimum distance of approach of the area of interest **60** towards an edge **101** so that the area of interest **60** is always located within the target captured image **60** while it is tracked but its location within the target captured image **60** may vary.

The processor **4** may be configured to additionally take account of image stabilization arising from camera shake when determining whether the area of interest is approaching the edge **101** of the target captured image **60**. For example, the position of sub-set of pixels **102** defining the target captured image **60** within the larger set of available pixels **100** may be automatically adjusted to compensate for involuntary shaking of the apparatus **2** by a user holding the apparatus **2**. An expected value for this adjustment may be used to vary the positional constrain so that the positional constraint is not violated because of image stabilization and the object of interest **30** remains within the target captured image **60**.

Referring to FIGS. **8**A to **8**C, **9**A to **9**C and **10**A to **10**C, during a time period t**1** to t**2** an area of interest **30** moves towards an edge **103** of the set of available pixels **100**. Between t**2** and t**3**, a user redefines the set of available pixels **100**. As illustrated in FIGS. **9**A to **9**C and **10**A to **10**C between time t**2** and t**3**, when the set of available pixels **100** is redefined by the user, the location of the sub-set **100** of pixels jumps within the set of available pixels. However, as illustrated in FIGS. **8**A to **8**C, the sub-set of pixels **102** continues to track the area of interest **30**.

FIGS. **8**A to **8**C illustrate different sub-sets of pixels **102** defining different target captured images **60** at times t**1**, t**2** and t**3**. FIGS. **9**A to **9**C illustrate a post-capture embodiment in which the sets of available pixels are defined by captured

images **50** that were captured at times t**1**, t**2** and t**3**. The sub-sets of pixels **100** are selected post-capture from the captured images **50**. FIGS. **10**A to **10**C illustrate an alternative pre-capture embodiment in which the sets of available pixels are defined by the array **40** of sensor elements **42**. The sub-sets of pixels **100** are sub-sets **44** of sensor elements **42** used to capture the captured images **50** at times t**1**, t**2** and t**3**.

In this example, the area of interest **30** is a moving object, for example a car. The object **30** is moving to the left relative to the stationary background scene **104**. The object **30** is continually approaching a left edge **101** of the target captured image **60** and the processor **4** automatically moves the sub-set of pixels **102** defining the target captured image **60** within the larger set of available pixels **100** in a direction of the edge **101**. The object **30** is thus tracked and remains within the target captured image **60** as illustrated in FIG. **8**A.

However, as this tracking process continues, the sub-set of pixels **102** approaches an edge **103** of the set of available pixels **100**. This is illustrated in FIGS. **8**B, **9**B, **9**C.

The processor **4** is configured to detect when the sub-set of pixels **102** approaches an edge (e.g. edge **103**) of the set of available pixels **104**. The processor **4** is configured to provide, in response to that detection, a pre-emptive user output **110** that facilitates or instigates user action that redefines the set of available pixels **100**.

Redefinition of the set of available pixels **100** may, for example, occur if a larger portion of a scene **104** is captured or a different but partially overlapping portion of the scene **104** is captured.

In the illustrated example, an object **30** travels in front of a range of stylized mountains numbered **1** to **13**. At times t**1** and t**2**, the set of available pixels corresponds to the same scene (mountains **1** to **8**). At time t**2**, the user has discretely redefined the set of available pixels. By pointing the apparatus towards the left, the set of available pixels **100** corresponds to a different scene (mountains **7** to **13**). The sub-set of pixels **102** however tracks the object of interest **30** from time t**1** to t**3** and gradually moves across the scene **104**. A discrete change of a position of the object of interest **30** within the sub-set of pixels **102** is avoided by automatically tracking the object **30** by moving a location of the sub-set of pixels **102** within the set of available pixels **100** from the left to the right at time t**2**.

In FIG. **8**B, the user output **110** comprises instructions to tilt the apparatus in the direction of the left edge **103** of the set of available pixels **100**. The tilt in this example is to the left, that is it is a rotation counter-clockwise about a virtual axis extending vertically through the apparatus **2** (yaw).

In other examples, the tilt may be to the right (a rotation clockwise about the virtual axis extending vertically through the apparatus **2**), up (a rotation counter-clockwise about a virtual axis extending from right to left horizontally through the apparatus **2**) or down (a rotation clockwise about a virtual axis extending from right to left horizontally through the apparatus **2**) or some combination of left and up or down or some combination of right and up or down.

In the illustrated example of FIG. **8**B, the user output **110** is a visual user output that is displayed simultaneously with the target captured image **60** in a viewfinder display. It comprises two horizontal vertically separated arrows at the left edge **101** of the target captured image pointing to the left. The pair of arrows indicate that the user should re-direct the apparatus so that it points more to the left.

As is illustrated in FIGS. **8**C, **9**C and **10**C, when the user reorients the apparatus by pointing it more to the left, the set of available pixels **100** changes but the sub-set of pixels **102** still tracks the object **30**. There is therefore a sudden discrete transition in the set of available pixels **100** caused by the user

action. There is also a sudden discrete transition in a location of the sub-set of pixels **102** in the set of available pixels **100** caused by the user action. However, there is no sudden discrete transition in the location of the object **30** within the sub-set of pixels **102**. That is the sub-set of pixels **102** tracks the object **30** even when the set of available pixels **100** suddenly changes.

The processor **4** may be configured to detect the sub-set of pixels **102** approaching an edge of the set of available pixels **100** in a number of different ways. For example, the processor **4** may determine when it is likely that the sub-set of pixels **102** will reach the edge of the set of available pixels **100** within an expected user response time. An expected user response time is an estimate of the time one would expect to elapse between user output **110** and the user taking action.

As an example, the processor **4** may determine a distance of the sub-set of pixels **102** from the edges of the set of available pixels **100** and the velocities of the sub-set of pixels **102** towards the edges of the set of available pixels **100**. The processor **4** may then determine that the sub-set of pixels **102** is approaching an edge of the set of available pixels **100** when a distance of the sub-set of pixels **102** from that edge of the set of available pixels **100** is less than or equal to an expected distance travelled by sub-set of pixels **102** in the user response time (or less than or equal to that distance multiplied by a factor greater than 1).

In FIG. **8**B, a particular type of user output **110** is provided pre-emptively to avoid loss of tracking when the sub-set of pixels **102** approaches an edge of the set of available pixels **100**. However, other forms of pre-emptive user output **110** may be provided. FIG. **13** illustrates an example. In this example, the pre-emptive user out **110** comprises a first picture **102'** within a second picture **100'** displayed on a viewfinder display that is also displaying the target captured image **60**. The first picture **102'** overlies the simultaneously displayed second picture **100'** which overlies the simultaneously displayed target captured image **60**. The first picture **102'** corresponds to the sub-set of pixels **102**.The second picture **100'** corresponds to the set of available pixels. The location of the first picture **102'** within the second picture **100'** illustrates a location of edges of the sub-set of pixels **102** within the set of available pixels **100**.

Referring to FIG. **11**A a first object of interest $\mathbf{30}_1$, which is moving left, is positioned towards a left edge of the target captured image **60** and a second object of interest $\mathbf{30}_2$, which is moving right, is positioned towards a right edge of the target captured image **60**. The two objects of interest $\mathbf{30}_1$ $\mathbf{30}_2$ diverge in space and it will not be possible to simultaneously display the two objects of interest in the same target captured image **60**, if the same field of view (zoom) is maintained for the target captured image **60**.

The processor **4** is configured to move automatically the sub-set of pixels **102** defining the target captured image **60** within the larger set of available pixels **100** to track the objects of interest. However, if two objects of interest **30** are approaching opposite edges of the target captured image **60**. The processor **4** may be configured to resolve this conflict by moving automatically the sub-set of pixels **102** defining the target captured image **60** within the larger set of available pixels **100** in a direction of the edge approached by whichever of the two objects of interest **30** has priority.

The priority may be set by a user. As illustrated in FIG. **11** B, the processor **4** has detected that there is a conflict between the first object of interest $\mathbf{30}_1$ and the second object of interest $\mathbf{30}_2$. It resolves the conflict by providing a user output **107** that asks the user to prioritize one of the objects $\mathbf{30}_1$ $\mathbf{30}_2$ over the other. Only the object that is prioritized is tracked (FIG. **12**C).

Alternatively, the priority may be have been pre-set by a user. For example, the order in which the user selected the objects of interest $\mathbf{30}_1\mathbf{30}_2$for tracking may be recorded as a priority order. In this example, when the processor **4** has detected that there is a conflict between the first object of interest $\mathbf{30}_1$ and the second object of interest $\mathbf{30}_2$, it automatically resolves the conflict by automatically tracking only the priority object (FIG. **12**C).

In an alternative embodiment, as illustrated in FIGS. **12**A and **12**B, when the processor **4** has detected that there is a conflict between the first object of interest $\mathbf{30}_1$ and the second object of interest $\mathbf{30}_2$., it resolves the conflict by automatically increasing the field of view of the target captured image **60**. That is it increases the size of the sub-set of pixels **102**.

The processor **4** may be configured to record sub-set edge detection events for each edge of the set of available pixels **100**. A sub-set edge detection event occurs when the sub-set of pixels **102** approaches that edge of the set of available pixels **100**, that is, it is the event that triggers the pre-emptive user output **110** that facilitates redefinition of the set of available pixels **100** by the user.

If the frequency of the sub-set edge detection events is above a threshold value, the processor **4** may increase a size of the set of available pixels **100** relative to a size of the sub-set of pixels **102**. The processor **4** may for example automatically increase a size of the set of available pixels **100** using automatic optical zoom and/or automatically decrease a size of the sub-set of pixels **102**.

FIG. **14** illustrates a method **111** in which a area/object of interest **30** is tracked by moving a sub-set of pixels **100** and loss of tracking is prevented, when the sub-set of pixels **102** approaches an edge of the set of available pixels **100**, by facilitating user re-definition of the set of available pixels **100**. This re-definition relocates the sub-set of pixels **102** within the set of available pixels **100** further away from the edge.

At block **116**, the processor **4** detects in a sub-set of pixels **102** defining a target captured image **60**, an area of interest **30** approaching an edge of the target captured image **60**.

Next at block **118**, the processor **4** moves the sub-set of pixels **102** within a larger set of available pixels **100** in a direction of that edge.

Then at block **120**, the processor **4** detects that the sub-set of pixels **102** is approaching an edge of the set of available pixels **100**.

Next, at block **122** the processor **4** provides a pre-emptive user output **110**. This user output **110** facilitates user action that redefines the set of available pixels **100** pre-emptively, that is, before tracking of the object **30** is lost.

The method **111** may optionally be augmented as illustrated in FIG. **14**.*In* the illustrated example, at optional block **112** if the processor **4** detects in a sub-set of pixels **102** defining a target captured image **60**, a single area of interest **30** approaching opposite edges of the target captured image **60** or different areas of interest **30** approaching opposite edges of the target captured image **60** then the method moves to block **114**. Otherwise the method moves to block **116** and continues as described above.

At block **114**, the processor **4** increases a size of the sub-set of pixels **102**. This increases the field of view, that is, it provides a digital zoom-out. The method then proceeds to block **120**.

The method **116** may be used to automatically track an area of interest **30** such that it remains within a target captured image **60** and/or remains at the same scale. This is achieved by controlling which subset **102** of available pixels **100** is used to define the target captured image. The selection of the sub-set **102** may occur pre-capture by selecting a sub-set **44** of sensor

elements used to capture the image or post-capture by selecting a sub-set **54** of the already captured pixels **52**. The selection of the sub-set **102** may occur as part of a transverse tracking process. The selection of the sub-set **102** may occur as part of a depth tracking process.

Implementation of the processor **4** can be in hardware alone (a circuit, a microprocessor etc, have certain aspects in software including firmware alone or can be a combination of hardware and software (including firmware).

The processor **4** may be implemented using instructions that enable hardware functionality, for example, by using executable computer program instructions in a general-purpose or special-purpose processing unit that may be stored on a computer readable storage medium (disk, memory etc) to be executed by such a processing unit.

Referring to FIG. **15**A, the processor **4** may comprise processing circuitry **80** that is configured to read from and write to a memory **82**. The processing circuitry **80** may also comprise an output interface via which data and/or commands are output by the processor **4** and an input interface via which data and/or commands are input to the processor **4**.

The memory **82** may store a computer program **84** comprising computer program instructions that control the operation of the processor **4** when loaded into the processing circuitry **80**. The computer program instructions provide the logic and routines that enables the processor **4** to perform the methods illustrated in FIG. **4**A-**4**D, **5**A-**5**D, **6**A-**6**D, **7**A-**7**D, **8**A-**8**C, **9**A-**9**C, **10**A-**10**C, **11**A-**11**B, **12**A-**12**C, **13** and **14**. The processing circuitry **80** by reading the memory **82** is able to load and execute the computer program **84**.

The apparatus **2** may therefore comprises: at least one processor; and at least one memory including computer program code the at least one memory and the computer program code configured to, with the at least one processor, cause the apparatus at least to perform: in response to detecting in a sub-set of pixels **102** defining a target captured image **60**, an area of interest **30** approaching an edge of the target captured image **60**, moving the sub-set of pixels **102** within a larger set of available pixels **100** in a direction of the edge; and in response to detecting the sub-set of pixels **102** approaching an edge of the set of available pixels **100**, providing a pre-emptive user output **110**.

Referring to FIG. **15**B, the computer program **84** may arrive at the processor **4** via any suitable delivery mechanism **86**. The delivery mechanism may be, for example, a non-transitory computer-readable storage medium, a computer program product, a memory device, a record medium such as a compact disc read-only memory (CD-ROM) or digital versatile disc (DVD), an article of manufacture that tangibly embodies the computer program. The delivery mechanism may be a signal configured to reliably transfer the computer program. The apparatus may propagate or transmit the computer program as a computer data signal.

Although the memory **82** is illustrated as a single component it may be implemented as one or more separate components some or all of which may be integrated/removable and/or may provide permanent/semi-permanent/dynamic/cached storage.

References to 'computer-readable storage medium', 'computer program product', 'tangibly embodied computer program' etc. or a 'controller', 'computer', 'processor' etc. should be understood to encompass not only computers having different architectures such as single/multi-processor architectures and sequential (Von Neumann)/parallel architectures but also specialized circuits such as field-programmable gate arrays (FPGA), application specific circuits (ASIC), signal processing devices and other processing circuitry. References to computer program, instructions, code etc. should be understood to encompass software for a programmable processor or firmware such as, for example, the programmable content of a hardware device whether instructions for a processor, or configuration settings for a fixed-function device, gate array or programmable logic device etc.

As used in this application, the term 'circuitry' refers to all of the following:

(a) hardware-only circuit implementations (such as implementations in only analog and/or digital circuitry) and

(b) to combinations of circuits and software (and/or firmware), such as (as applicable): (i) to a combination of processor(s) or (ii) to portions of processor(s)/software (including digital signal processor(s)), software, and memory(ies) that work together to cause an apparatus, such as a mobile phone or server, to perform various functions) and

(c) to circuits, such as a microprocessor(s) or a portion of a microprocessor(s), that require software or firmware for operation, even if the software or firmware is not physically present.

This definition of 'circuitry' applies to all uses of this term in this application, including in any claims. As a further example, as used in this application, the term "circuitry" would also cover an implementation of merely a processor (or multiple processors) or portion of a processor and its (or their) accompanying software and/or firmware. The term "circuitry" would also cover, for example and if applicable to the particular claim element, a baseband integrated circuit or applications processor integrated circuit for a mobile phone or a similar integrated circuit in server, a cellular network device, or other network device."

As used here 'module' refers to a unit or apparatus that excludes certain parts/components that would be added by an end manufacturer or a user.

The blocks illustrated in the FIG. **14** may represent steps in a method and/or sections of code in the computer program **84**. The illustration of a particular order to the blocks does not necessarily imply that there is a required or preferred order for the blocks and the order and arrangement of the block may be varied. Furthermore, it may be possible for some blocks to be omitted.

Although embodiments of the present invention have been described in the preceding paragraphs with reference to various examples, it should be appreciated that modifications to the examples given can be made without departing from the scope of the invention as claimed.

Features described in the preceding description may be used in combinations other than the combinations explicitly described.

Although functions have been described with reference to certain features, those functions may be performable by other features whether described or not

Although features have been described with reference to certain embodiments, those features may also be present in other embodiments whether described or not.

Whilst endeavoring in the foregoing specification to draw attention to those features of the invention believed to be of particular importance it should be understood that the Applicant claims protection in respect of any patentable feature or combination of features hereinbefore referred to and/or shown in the drawings whether or not particular emphasis has been placed thereon.

We claim:

**1**. An apparatus comprising:

a viewfinder display configured to display a first and second picture,

a processor configured to move automatically a sub-set of pixels defining a target captured image that corresponds to the first picture, within a larger set of available pixels in a direction of an edge of the target captured image when a defined area of interest within the target captured image approaches the edge of the target captured image,

said processor configured to provide a pre-emptive user output when the sub-set of pixels approaches an edge of the set of available pixels, and

the second picture corresponds to the larger set of available pixels,

wherein the viewfinder display is configured to display the first picture within the second picture.

**2**. An apparatus as claimed in claim **1**, wherein the user output comprises instructions to tilt the apparatus.

**3**. An apparatus as claimed in claim **2**, further comprising a viewfinder display, wherein the instructions are displayed on the viewfinder display while displaying at least the sub-set of pixels.

**4**. An apparatus as claimed in claim **1**, wherein the user output comprises instructions whether to prioritize one area of interest over another area of interest.

**5**. An apparatus as claimed in claim **1**,

wherein the first picture illustrates a location of edges of the sub-set of pixels within the set of available pixels.

**6**. An apparatus as claimed in claim **1**, wherein the processor is configured to detect an area of interest approaching an edge of the target captured image by determining whether a distance of the area of interest from the edge of the target captured image satisfies a positional constraint for positioning the area of interest within the sub-set of pixels.

**7**. An apparatus as claimed in claim **6**, wherein the positional constraint requires that the area of interest overlaps a defined group of pixels at a central location in the sub-set of pixels.

**8**. An apparatus as claimed in claim **7**, wherein the positional constraint defines a minimum distance of approach of the area of interest towards the edge.

**9**. An apparatus as claimed in claim **6**, wherein the processor is configured to additionally take account of image stabilization arising from camera shake when determining whether the area of interest is approaching the edge of the target captured image.

**10**. An apparatus as claimed in claim **1**, wherein the processor is configured to detect the sub-set of pixels approaching an edge of the set of available pixels by determining a distance of the sub-set of pixels from the edge and a velocity of the sub-set of pixels towards the edge of the set of available pixels.

**11**. An apparatus as claimed in claim **1**, wherein the processor is configured to detect the sub-set of pixels approaching an edge of the set of available pixels by determining that it is likely that the sub-set of pixels will reach the edge of the set of available pixels within an expected user response time.

**12**. An apparatus as claimed in claim **1**, wherein the processor is configured to record sub-set edge detection events for each edge of the set of available pixels where a sub-set edge detection event for an edge occurs when the sub-set of pixels approaches that edge of the set of available pixels and is configured to increase a size of the set of available pixels relative to a size of the sub-set of pixels in response to the recorded edge detection events.

**13**. An apparatus as claimed in claim **12**, wherein the processor is configured to increase automatically a size of the available pixels using automatic optical zoom and/or automatically decrease a size of the sub-set of pixels.

**14**. An apparatus as claimed in claim **1**, wherein the processor is configured to automatically increase a size of the sub-set of pixels within the set of available pixels when a first area of interest and a second area of interest simultaneously approach opposite edges of the target captured image.

**15**. An apparatus as claimed in claim **1**, wherein when a first area of interest approaches a first edge of the target captured image and a second area of interest approaches a second edge of the target captured image that is opposite the first edge, the processor is configured to move the sub-set of pixels within the set of available pixels in a direction of a first edge when the first area of interest has priority and to move the sub-set of pixels within the set of available pixels in a direction of the second edge when the second area of interest has priority.

**16**. An apparatus as claimed in claim **15**, wherein the priority is user determined in response to the user output which comprises instructions to prioritize one area of interest over another area of interest.

**17**. An apparatus as claimed in claim **15**, wherein the priority is configured to be predetermined by the user.

**18**. A method comprising:

detecting in a sub-set of pixels within a larger set of available pixels that define a target captured image, detecting an area of interest within the sub set of pixels approaching an edge of the target captured image and in response to said detection moving the sub-set of pixels within the larger set of available pixels in a direction of the edge; and

in response to detecting the sub-set of pixels approaching an edge of the set of available pixels, providing a pre-emptive user output,

displaying on a viewfinder a first picture corresponding to the sub set of pixels and a second picture corresponding to the available set of pixels.

**19**. A method as claimed in claim **18**, wherein the user output facilitates use action that redefines the set of available pixels.

**20**. A method as claimed in claim **19**, wherein the user output comprises instructions to tilt the apparatus or comprises instructions whether to prioritize one area of interest over another area of interest comprising the first picture within the second picture displayed on the viewfinder display, wherein the first picture illustrates a location of edges of the sub-set of pixels within the set of available pixels.

**21**. An apparatus comprising:

at least one processor; and

at least one memory including computer program code

the at least one memory and the computer program code configured to, with the at least one processor, cause the apparatus at least to perform:

detecting in a sub-set of pixels within a larger set of available pixels that define a target captured image, detect an area of interest within the subset of pixels approaching an edge of the target captured image and in response to said detection moving the sub-set of pixels within the larger set of available pixels in a direction of the edge; and

in response to detecting the sub-set of pixels approaching an edge of the set of available pixels, providing a pre-emptive user output,

displaying on a viewfinder a first picture corresponding to the sub set of pixels and a second picture corresponding to the available set of pixels.

* * * * *